

# Fourth Court of Appeals

## San Antonio, Texas

March 6, 2020

No. 04-19-00778-CR

**THE STATE OF TEXAS,**
Appellant

v.

Vivian **LAMPKIN,**
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 601339
Yolanda T. Huff, Judge Presiding

# O R D E R

On March 5, 2020, appellant filed a motion requesting an abatement of this appeal until the appellate record is adequately supplemented. Appellant states it timely requested findings of fact and conclusions of law after the trial court granted appellee's motion to dismiss for violation of appellee's right to speedy trial, but the trial court has not filed the requested findings and conclusions. *See State v. Cullen*, 195 S.W.3d 696, 698–99 (Tex. 2006) (requiring findings and conclusions to be recorded). Appellant also states that it requested the preparation of a reporter's record of its October 16, 2019 verbal request for findings of fact and conclusions of law, but the court reporter has been unable to locate that record.

We **GRANT** appellant's motion, abate the appeal, and remand the cause to the trial court. We **ORDER** the trial court to prepare findings of fact and conclusions of law and file them with the trial court clerk **by APRIL 6, 2020**. We further **ORDER** the trial court clerk to prepare and file a supplemental clerk's record with this court containing the findings of fact and conclusions of law **by APRIL 15, 2020**. Finally, we **ORDER** court reporter Irene Maldonado to prepare and file **by APRIL 6, 2020** either: (1) a reporter's record of appellant's October 16, 2019 verbal request for findings of fact and conclusions of law; or (2) written notice that the reporter's record is lost.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court